# EXHIBIT C



Welcome to USA TODAY NETWORK'S EUROPEAN UNION EXPERIENCE    Learn More

# knox news.

# 5 critters you might not expect in Tennessee (but are here anyway)

**Chuck Campbell** | Knoxville News Sentinel
Published 4:18 PM EDT Sep 19, 2018

There are no piranhas in Tennessee's lakes or monkeys in Tennessee's forests - yet, but you never know what the future might bring.

Here are five animals that, improbably enough, have found their way to Tennessee in recent years.



TWRA Officer Joe Pike with a 4-foot alligator captured in Monroe County on Tuesday night, Sept. 18, 2018.
Tennessee Wildlife Resources Agency

## Alligators

Roadside alligator attractions used to be a novelty adventure reserved for vacations to Florida, but now the reptiles are finding their way here.

"Alligators expanding into Tennessee is just another species that we must learn to coexist with like many of the other Southern states," says the Tennessee Wildlife Resources Agency.

Earlier this year, a seven-foot gator was discovered in the Wolf River WMA in Fayette County, and on Tuesday night, a four-foot alligator was captured in East Tennessee's Monroe County.

**More:** TWRA confirms reptile captured in Monroe County is a gator



The armadillo wandered into Florida, perhaps intending only a temporary visit, and instead ended up staying. Armadillos ae said to have no eyeshine.
Kevin Robertson, FLORIDA TODAY FILE PHOTO

## Armadillos

Armadillos, once associated primarily with Texas and Latin America, have spread their range east across the South's southernmost states and have more recently migrated north into Tennessee, first in West Tennessee and now spreading steadily eastward.

TWRA notes, "Unfortunately, armadillo are most commonly spotted along roadsides after being hit by motor vehicles."



Fire ants can be controlled with the right plan and a little diligence and determination.
Submitted

## Fire ants

Nobody wants fire ants.

Once mostly confined to the subtropical areas of the South, these stinging little reddish brown monsters have discovered with increasing frequency that life can be good in Tennessee too.

Their mounds are most often spotted in sunny, open areas, and they can be up to two feet tall.

If you see a suspected fire ant mound, watch your step. They don't mess around.



Crystal River, Homosassa and the waters of Citrus County are considered the manatee capital of the world.
ED MENSTER/PLANTATION ON CRYSTAL RIVER

## Manatees

The lovable manatee is the opposite of the fire ant – they are trusting, passive, nonterritorial … and no threat to humans.

They're a long way from adapting to Tennessee winters – they're even prone to die in chilly water when Florida has an unconventionally cold snap – but one famously determined manatee swam some 700 miles up the Mississippi River and into Wolf Harbor, north of Memphis.

Unfortunately, the manatee was found dead in West Tennessee's McKellar Lake that December, less than two months after first being sited in Wolf Harbor. So even if we do get more visitors in the future, don't expect manatees to take up permanent residence in Tennessee anytime soon.

A mountain lion -- also known as a cougar, puma or panther -- stands on a rock in 2012 near Kalispell, Montana.
© NGT

## Cougars

Unlike the others on this list, cougars used to live in Tennessee but were eventually crowded out of their habitats and hunted until they disappeared from the state in the early 1900s.

But TWRA has confirmed sightings of cougars in Tennessee during the past several years, especially in West and Middle Tennessee.

TWRA says that in the unlikely chance you encounter a cougar, "Never run, but instead make yourself threatening by standing tall, waving your arms, throwing objects, and yelling."

Published 4:18 PM EDT Sep 19, 2018

Terms of Service · Privacy Notice    © Copyright Gannett 2018




being hit by motor vehicles.

Fire ants can be controlled with the right plan and a little diligence and determination.
Submitted